BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
RICHARD F. WOLFE
Supervising Deputy Attorney General
SUSAN E. COLEMAN, State Bar No. 171832
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-3083
 Facsimile: (619) 645-2581

Attorneys for Defendant Benjamin Gomez
CA2002CX0036

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARCHIE MARTINEZ,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**GEORGE GALAZA, et al.,**<br><br>                              Defendants. | CASE NO. 01-CV-00719-WBS GGH P<br><br>**STIPULATION OF VOLUNTARY DISMISSAL; AND** [PROPOSED] **ORDER THEREON** |

THE PARTIES HEREBY VOLUNTARILY STIPULATE to the dismissal with prejudice of this entire action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear his own attorney's fees and costs.

SO STIPULATED.

DATED: _____     /s/-Athena Roussos
                            ATHENA ROUSSOS
                            Jay-Allen Eisen Law Corporation
                            Attorney for Plaintiff A. Martinez

Stip. of Vol. Dismissal and [Proposed] Order

1  SO STIPULATED.

2  DATED: _____    /s/-Erik Khoobyarian
                               ERIK K. KHOOBYARIAN
3                              Downey, Brand LLP
                               Attorney for Plaintiff A. Martinez
4

5  SO STIPULATED.

6  DATED: _____    /s/-Susan E. Coleman
                               SUSAN E. COLEMAN
7                              Attorney for Defendant B. Gomez

8

9      IT IS SO ORDERED, that this case be dismissed with prejudice pursuant to Rule 41(a) of the

10 Federal Rules of Civil Procedure, each party to bear his own attorney's fees and costs.

11

12 Date: May 5, 2005

13

14                              _____
                                WILLIAM B. SHUBB
15                              UNITED STATES DISTRICT JUDGE

Stip. of Vol. Dismissal and [Proposed] Order

2